FILED
SEP 03 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   4:20-cr-00475 SRC/NCC |
| ) | |
| DALLAS J. CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT
## COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

    (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about September 29, 2018, and on or about November 1, 2018, in the Eastern District of Missouri, and elsewhere,

**DALLAS J. CRAWFORD,**

the Defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, S.D., to engage in sexually explicit conduct, specifically, Dallas J. Crawford persuaded S.D. to produce a video of S.D. in a lascivious display of her genitals, and said sexually explicit conduct

2

was for the purpose of producing a visual depiction of such conduct, to wit: video of S.D. in a lascivious display of her genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a cell phone and the internet.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

                                            A TRUE BILL.

                                            _____
                                            FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney