Jill O'Connor Crawford

3531 Apricot Dr.

Walnutport, PA 18088

04/04/2022


The Honorable Stephen R. Clark

United States District Court

111 South 10th St.

St. Louis, MO  63102

RE: Dallas Crawford


Dear Judge Clark,

   This is probably the hardest letter I've ever had to write.  How do you describe a person who you gave birth to, raised, guided through the years of school, sports, music and life while knowing his future is being decided by the Federal Court system?  It's hard.  I sincerely hope these words going to be read and understood.  My son, Dallas, is smart, creative, respectful, caring, honest and sensitive-alot of the good qualities people may say about someone they love.   He is a man of good character, and has always been.  He did fairly well in school when he applied himself, was in the school band since 4th grade, played various sports over the years, and everyone loved Dallas.  The teachers and coaches he had all said they enjoyed having him in their classes.  He always had a job-he loved having his own money and was no slouch.  He had never been in trouble, and I'm certain he kept alot of kids out of trouble.  He had just gotten his dream job not too long before he was taken into custody.  He had a girlfriend for a number of years, was in a band, and has a nice group of friends.  But like many of kids, he made a mistake, albeit a very serious one, and he will be judged  by that mistake.  Now his life will be lived differently than it ever was before.

   I am appealing to you, Judge Clark, to have mercy on Dallas at sentencing.  He is  genuinely a good person.  I'm sure he's remorseful.  He has been in custody serving time since Sept. 2020.  I understand there are consequences for his actions, but also believe some leniency is appropriate in this particular case.  I believe he deserves a second chance.   Dallas is a great, caring human being and if you give him a second chance, he will not let you down.  He has a great support system at home.  He is sincere in his desire to leave his past behind and lead a well-respected, rewarding, law-abiding life.


Sincerely,

*Jill O'Connor Crawford*

Jill O'Connor Crawford

Robert K Crawford
3531 Apricot Dr., Walnutport, PA 18088

April 1, 2022

The Honorable Stephen R. Clark
United States District Court
111 South 10th Street
St. Louis, MO 63102

RE: Dallas Crawford

Dear Judge Clark,

    I am writing you in regards to my son, Dallas Crawford. As a father, I had great aspirations for my son, and I can say this has been devastating to myself and our family. I can tell you from my heart that Dallas is remorseful, and as his parent I know he is changed, and will be going forward work to make himself a better person. Talking about change, this has affected our entire family. We all look at life in a whole new light. Speaking as a father, and assuming that you as well are a father, and can relate our concerns for our children's future. What I'm asking is for leniency and compassion, the true sentence is when Dallas comes home, and what he will face for the rest of his life. I personally feel Dallas would benefit from counseling, rather then extended prison time.

    Dallas has never been in trouble, and has truly been helpful to many people in his life. Dallas has made sacrifices to help others at his own expense, and has always been regarded as a gentleman that is respectable. I believe if anyone deserves a second chance, Dallas certainly does. I could tell you many reasons why, but I'm trying to keep this letter brief. I spoke to probation and told them of Dallas, and they are aware of how I believe this situation happened. We will be active in his future, and guide him to be the best he can be for society. I can understand many parents plead to you for help. I can with no doubt give you my solemn word as a man and former Military Policeman, that any leniency you grant Dallas. You will not be let down. Please consider a minimal sentence and let's get Dallas counseling and back into society a better person.

Very Sincerely

*[signature]*

March 29, 2022

Rita A Roosa
3531Apricot Drive
Walnutport, PA 18088

The Honorable Stephen R. Clark
United States District Court
111 South 10th Street
St. Louis, MO  63102

RE: Dallas Crawford

Dear Judge Clark,

I am the Grandmother of Dallas and would like to support my Grandson whom I respect and love. Dallas has always been a sweetheart.  As a toddler and young boy he loved to please you and make you smile.

He has always been respectful of his elders and truly cares about those around him.

I recently moved into his parents' home about 2 yrs. ago to be near family.  I found that whenever I encountered meeting someone who knew him all they had was praise for him.   (Which makes my heart swell with pride)

I love Dallas and so proud of him and all he could be.  I pray at night for him and all those around him.

I pray that God places His hands upon you and grants you the wisdom for this young man.  We all deserve a second chance and I know deep in my heart he will not let us down.

Sincerely,

*Rita A Roosa*

Rita Roosa

To whom it may concern,

I am writing a character reference for Dallas Crawford.   Dallas started at Top Star Express in 2014 and was a rising star right away.  He was reliable, personable and a pleasure to work with.  He was a team player by helping cover shifts, training new hires, and helping at other stores.   Dallas rose up the career ladder and become a paperwork helper and covered manager's vacations.  We got many customer compliments on Dallas for his customer service.   He volunteered at our community service events and was a big part of the Top Star Team.  We felt very fortunate to have him.

Over the years, Dallas also helped me personally.  Dallas helped babysit my 3 kids when my husband and I had any charity night functions or night work commitments.   The kids loved playing legos, dinosaurs and cars with him!

But we always knew we would lose Dallas one day for his passion for IT.  We supported and pushed him to finish his degree.   A few months ago, our 3rd party technology company, TDS Technologies, was hiring.  While we didn't want to lose Dallas we knew it was the right move for him professionally.   I personally called Scott Smith the owner and recommended Dallas for the job.    I spoke to Scott after the hire and he was super happy with Dallas. He said he was putting in 15 hour days sometimes!   He was a quick learner and willing to help in any role.

We wish the best for Dallas in any future endeavors.  He is an asset to any employer.

My contact information is below is you want to discuss anything further.  Thank you for your time and consideration.

Megan


**Megan Cardine**
*VP of Retail Operations*
*Top Star Express*

14 East Main Street
Emmaus, Pa 18049
p. 610.967.5388
f.  610.967.5383
c. 610.908.2764

October 8, 2020

To whom it may concern:

We have known and been friends of Dallas Crawford for almost 14 years. Robert Crawford, Dallas' father, is a veteran and honorably served in the military police. Jill, his mother, is a manager in the optician business.

We met while taking a kayaking class and soon we were out on the river together. Dallas often came with us on the beginner trips and we were impressed with him on the river. It was not easy being a new boater and navigating a class 2 river. He stayed calm and was eager to learn the many skills. His family has became good friends with us. Soon we were on the river with Dallas' Mom, Jill, and Benjamin, his younger brother.

Eventually, Dallas and his family began celebrating Easter with us. We have a large family and Dallas became friends with our children. He was always helpful with planning games and activities. We looked forward to seeing every year.

Dallas is a gentle soul, quiet, and eager to please. He is helpful and respects authority. To our knowledge he has always been employed and is eager to move forward in his technology field.

On a personal level, may we just say that we really like Dallas, and we have no doubts about his ability to succeed in the future.

Sincerely,
Neil Bogin, Retired Postmaster

*Neil Bogin*

Mary D. Bogin, Retired Teacher

*Mary D. Bogin*

Tammy Neubauer
347 West Berger Street
Emmaus, PA 18049

April 3, 2022

The Honorable Stephen R. Clark United States District Court
111 South 10th Street
St. Louis, MO 63102

RE: Dallas Crawford

Dear Judge Clark,
I am writing in support of Dallas Crawford, and to share with you the person I know and respect. Dallas is a kind, caring person. He is one of my son's best friends since seventh grade. Dallas spent a great deal of time at my house growing up and also as a young adult. He always was considerate and courteous. I have only ever known Dallas to be liked by everyone who met him. Dallas has been welcomed in our home on holidays, as well as, birthday and other celebrations at public forums. When I heard of the charges against him, I was saddened and surprised.

I am asking that you please consider a minimal sentence for Dallas. I understand and believe that he knows the consequences for these actions. I know that young man who made those mistakes will fully recover, as he has already been separated from society for a long time. He is a very smart man with a brilliant future whose life temporarily got off track.

Very Sincerely,
Tammy Neubauer

Nicholas Neubauer
1127 Carroll St.
Brooklyn, NY 11225

April 6, 2022

The Honorable Stephen R. Clark
United States District Court
111 South 10th Street
St. Louis, MO 63102

RE: Dallas Crawford

Dear Judge Clark,

  I am writing to you today in support of my dearest friend, Dallas Crawford.

  I could speak positively on virtually any aspect of Dallas' character, after knowing him for over 15 years and our lives being so closely intertwined. But I will highlight some of the positive impacts he has had on me, personally.

  He was one of my first friends when I moved to our hometown Catasauqua. Dallas is kind and considerate to others. We met at the age of 12, and even then - I was always grateful to have him in my life. He is genuine, honest and sincere, and likes to make other people laugh. He is a dependable friend, and that is why we eventually became coworkers, bandmates, business partners, and roommates.

  There have been countless times that Dallas has acted selflessly to help me in times of need. He has always shown the utmost respect to others and is empathetic to the bone. But the most profound was the time we spent living together, leading up to the day of his arrest.

  It was March 2020, when COVID-19 was rapidly escalating. Dallas took the initiative to call me because he knew I was traveling abroad and was concerned about my safety with the quickly evolving landscape. Because of some visa issues, I could not return to Germany as I intended, so he offered to give me a place to stay while things settled down. He took me in and

we lived together for 8 months.

These were the 8 months leading up to Dallas' arrest. He was always transparent with me so I was well aware of the situation and outcome. During this time however, Dallas refused to surrender. During the early days of the pandemic, when depression from isolation was widespread and rampant, Dallas continued to stride forward and kept a level head along the way. He endured and flourished, never checking-out, carving out a path for a positive future. Just weeks prior to his arrest, he broke out of the cycle of his job at the local gas station and transitioned into working full-time as an IT support technician, something he had been studying for years at Community College. I was so proud of him for pursuing his goals, even with the uncertain future ahead.

Going beyond our unfaltering friendship, we were constantly collaborating on creative endeavors. Most notably, after years of practicing in dingy basements, Dallas and I saw our dreams materialize in the form of our band *Encoder*. Together, we shared the stage dozens of times, spent late nights writing lyrics, organized and performed music video shoots, and poured everything we had into studio recording sessions.

We made a fantastic team as a band, Dallas was diligent and kept his ego at the door. He enjoyed spending time with the fans and other local musicians, always present and happy to be involved with such a tight knit community. I will never forget the day that one of our fans came up to us during a show, and showed us their new tattoo - featuring lyrics that Dallas wrote.

"Let the winds carry me, and extinguish this pain"

> **Dallas Crawford**
> Lyrics from the song *Aion*, performed by *Encoder*.

These are the kinds of messages we wrote together. Underneath the harsh sounds of the metal music we performed, Dallas was persistent on writing positive messages. Together, we had countless intimate moments sharing our world views and understanding our place in this world of hurt, and how to make a positive impact. I am lucky to have had the chance to write alongside Dallas, and I carry his wisdom with me to this day.

I do understand the charges being brought against Dallas, but I have also seen how committed to change Dallas was in the months leading up to his arrest. He never attempted to run or hide, he understood the weight of his actions. There is nobody that I am more confident in

than Dallas' ability to learn from his mistakes and make concessions to correct any hurt. That being said, I hope you will consider a minimal sentencing for Dallas Crawford and can see he has a good heart. I am confident that if given the chance to determine his own future, Dallas will absolutely reconcile the damage done and pave a positive fate ahead.

I leave you with one more line from the our song Aion - about making mistakes, and our ability to then learn and change:

"The strokes in the sand, fear the gentle breeze of eternity"

**Dallas Crawford**
Lyrics from the song *Aion*, performed by *Encoder.*

Sincerely,

Nicholas Neubauer