# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:20CR00475-1  SRC |
| v. ) | |
| ) | |
| DALLAS J. CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO AMEND BUREAU OF PRISONS DESIGNATION REQUEST**

COMES NOW defendant, Dallas Crawford, by and through counsel, and requests that this Honorable Court amend his previous Bureau of Prisons (BOP) recommendation request made at sentencing. Defendant states further:

1. Defendant was sentenced by this Court on April 14, 2022.

2. Defendant requested that he be recommended for placement by BOP in FCI Fort Dix, in the State of New Jersey.

3. Following additional consideration Defendant respectfully moves that the Court to recommend him for placement by BOP in FCI Petersburg located in the State of Virginia, in place of his previous request for placement in  FCI Fort Dix.

WHEREFORE, Defendant moves this Court to recommend him for placement by BOP in FCI Petersburg located in the State of Virginia.

Respectfully submitted,

JOHN C. SCHLEIFFARTH, P.C.

/s/ John C. Schleiffarth
John C. Schleiffarth, # 63222MO

>75 W. Lockwood Ave, Ste 250
>St. Louis, MO 63119
>T: (314) 561-9690
>F: (314) 961-5020
>E: john@jcsattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties in interest including but not limited to Assistant United States Attorney Colleen Lang.

>/s/ John C. Schleiffarth
>John C. Schleiffarth